469 A.2d 300

Commonwealth v. Slaughter, Appellant.
Petition for Allowance of Appeal
Denied Feb. 23, 1984.

Submitted October 13, 1983. Harris Roy Rosen, for appellant; Robert B. Lawler, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, President Judge, and MONTEMURO and POPOVICH, JJ.

Judgment of sentence affirmed.

469 A.2d 300

Commonwealth v. Stroman, Appellant.
Petition for Allowance of Appeal
Denied May 11, 1984.

Submitted September 30, 1983. David G. Metinko, Assistant Public Defender, for appellant; Robert L. Eberhardt, Deputy District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, ROWLEY and POPOVICH, JJ.

Order affirmed.